JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA HOMME, et al., | Case No. CV 12-02009-SJO (DTBx) |
| Plaintiffs, | **STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| KYUSS LIVES, INC., et al., | The Honorable S. James Otero<br>Courtroom 1 |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS | Trial Date:   March 19, 2013 |

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

Pursuant to the Stipulated for Entry of Consent Judgment and Permanent Injunction, the Settlement Agreement reached between Plaintiffs and Defendants referenced therein, and for good cause shown, the Court hereby enters the following Stipulated Consent Judgment and Permanent Injunction:

## STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION

1. For purposes of this Stipulated Consent Judgment and Permanent Injunction, the following definitions shall apply:

   a) "Plaintiffs" shall mean Plaintiffs and Counter-Defendants Joshua Homme, Scott Reeder, and the Kyuss Partnership;

   b) "Defendants" shall mean collectively Defendants and Counter-Claimants John Garcia, Brant Bjork, Kyuss Lives, Inc., and Kyuss Lives Recording, LLC;

   c) "Garcia" shall mean Defendant and Counter-Claimant John Garcia;

   d) "Bjork" shall mean Defendant and Counter-Claimant Brant Bjork; and

   e) "2013 Australia Tour" shall mean the series of concerts that Garcia and Bjork are performing as "Kyuss Lives!" in Australia during February and March of 2013.

2. Defendants, and all of their officers, directors, agents, and employees, are hereby permanently restrained and enjoined from using the name "Kyuss" either by itself or as part of any band name at any time in the future, subject to the following two exceptions:

   a) Garcia and Bjork may bill themselves as "Kyuss Lives!" solely for the 2013 Australian Tour, provided that from and after April 1, 2013, neither Garcia nor Bjork, alone or in combination with each other or others, shall ever perform in any project in any media which has the name "Kyuss" or any name

substantially similar thereto as all or part of its name. If through no fault of Defendants any third party refers to either Garcia or Bjork or either of their respective future projects in a manner that uses the name "Kyuss," Garcia or Bjork, as appropriate, shall take commercially reasonable efforts to cause such third party to refrain therefrom, and shall co-operate with Plaintiffs in any attempt to do the same, in which case neither Garcia nor Bjork, as appropriate, shall be in violation hereof as a result thereof.

    b) In connection with activities of future projects in which Garcia and/or Bjork perform (either alone, together, or with others), he or they may in advertising materials refer to himself or themselves as a "former member of" or a "former singer for" "Kyuss," provided that, to the extent such advertising materials are subject to his or their control, the letters in the word "Kyuss" in any such advertising materials may not exceed fifty percent of the size of the letters of the band name under which Garcia and Bjork are performing and must not be in a color or style more prominent than the color and style applicable to the band name under which Garcia and Bjork are performing.

  3. Should Defendants or any other persons bound by this Stipulated Consent Judgment and Permanent Injunction violate this Stipulated Consent Judgment and Permanent Injunction, Defendants and/or such persons will be subject to all applicable and available penalties, including but not limited to being held in contempt of Court.

  4. All claims, counter-claims, and defenses in this action are hereby resolved and dismissed by this Stipulated Consent Judgment and Permanent Injunction.

IT IS SO ORDERED.

Dated: February 11, 2013

*S. James Otero*

Hon. S. James Otero
Judge, United States District Court